IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01861-WDM-CBS

COLDWELL BANKER REAL ESTATE, LLC.

    Plaintiff,

v.

MASSEY REAL ESTATE CONSULTANTS, RLLLP, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint, all claims and counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 14, 2010

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge